# EXHIBIT H

Chart for D'425 and NEXTPAD®



FIG. 1 of D'425

FIG. 1

NEXTPAD®

NextPad 4"

Shop Now

Chart for D'425 and NEXTPAD®





FIG. 2