# EXHIBIT I

Chart of D'425 and Oval Pad



FIG. 1 of D'425

Oval Pad

FIG. 1

Chart of D'425 and Oval Pad



FIG. 2