# EXHIBIT J

Chart for D'858 and NEXTPAD®



FIG. 1 of D'858

NEXTPAD®

NextPad 4"

Shop Now

FIG. 1

Chart for D'858 and NEXTPAD®



FIG. 2