# EXHIBIT K

Chart for D'858 and Oval Pad

Case 5:26-cv-00523-PGB-PRL    Document 1-17    Filed 07/22/26    Page 2 of 3 PageID 217

| FIG. 1 of D'858 | Oval Pad |
|---|---|
|  | |
| | |

Chart for D'858 and Oval Pad



FIG. 2