# EXHIBIT L

Chart for D'859 and NEXTPAD®

| FIG. 1 of D'859 | NEXTPAD® |
|---|---|
|  | |

Chart for D'859 and NEXTPAD®



FIG. 2