# EXHIBIT M

Chart for D'859 and Oval Pad

| FIG. 1 of D'859 | Oval Pad |
|---|---|
|  FIG. 1 | |

Chart for D'859 and Oval Pad



FIG. 2